**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:       In re The State of Texas Ex Rel. Kim Ogg

Appellate case number:    01-22-00364-CR

Trial court case number:  1758852

Trial court:             339th District Court of Harris County

       Real party in interest Robert Gault's motion for en banc reconsideration is **denied.**

       It is so ORDERED.

Judge's signature:  <u>/s/ Richard Hightower</u>
                   Acting for the En Banc Court

En Banc Court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date:  <u>December 15, 2022</u>